STATE OF NEW JERSEY v. MARLO GUNTER.

May 30, 1989.

Cross-petition for certification denied. (See 231 *N.J.Super.* 34)

STATE OF NEW JERSEY v. JOSEPH T. SLAVIN.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE HERNANDEZ.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MATTHEW HANNAH.

May 30, 1989.

Petition for certification granted and the judgment of the Appellate Division is summarily reversed and the matter is remanded to the trial court for resentencing in light of *State v. Baylass*, 114 *N.J.* 169 (1989).